IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00917-WDM-BNB

FIELDTURF USA, INC., and
FIELDTURF (IP) INC.,

Plaintiffs,

v.

PROFESSIONAL TURF SOLUTIONS, and
DALE COLLETT,

Defendants.
_____

## ORDER
_____

This matter is before me on the plaintiffs' **Motion for a Writ of Attachment** [Doc. # 8, filed 6/8/2006] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated July 21, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge