IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00917-WDM-BNB

FIELDTURF USA, INC., and
FIELDTURF (IP) INC.,

Plaintiffs,

v.

PROFESSIONAL TURF SOLUTIONS, and
DALE COLLETT,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiffs' Unopposed Motion for Leave to File an Amended Complaint** [docket no. 19, filed November 22, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Exhibit A, the proposed Amended Complaint, to docket no. 20, the Brief in Support of the Unopposed Motion for Leave to File an Amended Complaint.  The defendants have ten (10) days after the date of filing to file an Answer to the Amended Complaint.


DATED:  November 27, 2006