IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00917-WDM-BNB

FIELDTURF USA, INC.,

    Plaintiffs,

v.

PROFESSIONAL TURF SOLUTIONS, et al.,

    Defendants.

_____

### MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' motion for summary judgment brief (doc no. 36) is stricken for failure to comply with Judge Miller's Pretrial and Trial Procedures 6.3. Defendants may refile on or before April 26, 2007 (exhibits need not be refiled).

Dated:  April 19, 2007

                                    s/ Jane Trexler, Judicial Assistant